ALAN ADELMAN, ESQ.   BAR NO: 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, California  94108
Telephone:  (415) 956-1360
Facsimile:  (415) 625-1339

ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
508 Forbes Avenue, 2nd Floor South
Yuba City, California 95991
Telephone: (530) 751-1695
Facsimile:  (530) 751-2384

Attorneys for Plaintiff
DENNIS TAYLOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS TAYLOR,<br><br>  Plaintiff,<br><br>vs.<br><br>JACOBES-DOWNING-HUGHES, INC.,<br><br>  Defendant. | **CASE NO.: 2:11-CV-0343-MCE-GGH**<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The Court hereby rules on Plaintiff's Ex Parte Application for an Order granting Plaintiff's request to voluntarily dismiss this lawsuit without prejudice pursuant to the provisions of FRCP 41(a)(2).

This matter having been fully briefed and proof being made to the satisfaction of the court, IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff's Ex Parte Application is granted, but the Court finds that dismissal with prejudice is the appropriate disposition under the circumstances. Plaintiff's lawsuit is accordingly dismissed, with prejudice. Each Party shall bear their own attorneys' fees and litigation costs.

**IT IS SO ORDERED.**

Dated: October 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE